### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

TIMOTHY MARK WHITE
ADC #105367                                                                                                    PETITIONER

VS.                                       5:07CV00110 BSM/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                          RESPONDENT

### ORDER

The court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that Respondent's Motion to Dismiss (docket entry #10) is GRANTED, and the case is DISMISSED, WITH PREJUDICE.

Dated this 29th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE