IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TIMOTHY MARK WHITE
ADC #105367                                                                                              PETITIONER

VS.                                      5:07CV00110 BSM/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                    RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Respondent, and this habeas action is DISMISSED, WITH PREJUDICE.

Dated this 29th day of January, 2009

_____
UNITED STATES DISTRICT JUDGE